**Motion Granted; Dismissed, Vacated and Remanded; and Memorandum Opinion filed December 5, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00049-CV

### ROBERT ARNOLD, Appellant

### V.

### CITY OF ORANGE, TEXAS, Appellee

**On Appeal from the 260th District Court**
**Orange County, Texas**
**Trial Court Cause No. D110312-C**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a summary judgment signed November 28, 2012. On November 27, 2013, the parties filed a joint motion to dismiss the appeal in order to effectuate a compromise and settlement agreement. *See* Tex. R. App. P. 42.1. The parties ask that we set aside the trial court's judgment without regard to the merits and remand the case to the trial court for entry of a non-suit in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). The motion is

granted.

Accordingly, the appeal is ordered dismissed. We order the trial court's judgment set aside without regard to the merits, and we remand the cause to the trial court for entry of a non-suit in accordance with the parties' agreement.


PER CURIAM


Panel consists of Justices McCally, Busby, and Wise.